UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VANIA SANTEIRO,

    Plaintiff,

vs.                                    Case Number: 3:17-cv-01233-HLA-PDB

WACKO'S TOO, INC.,

    Defendant.

_____/

## **MOTION TO WITHDRAW AS COUNSEL**

The Postillion Law Group, LLC, counsel for the Plaintiff, Vania Santeiro, hereby moves the Court, pursuant to Rule 2.03(b) and Rule 2.03(c), Local Rules, Middle District of Florida, for an order permitting this firm to withdraw as counsel of record for Plaintiffs in this action. As grounds for this Motion, undersigned counsel respectfully state as follows:

1. The Plaintiff and the undersigned counsel for the Plaintiff have diligently worked through information concerning the matters at hand in this case.

2. A conflict has arisen between the Plaintiff and the undersigned counsel for the Plaintiff.

3. On February 21, 2018, the Plaintiff unequivocally discharged the undersigned counsel.

4. The Plaintiff is currently seeking alternative counsel in this action.

5. On February 21, 2018, the undersigned counsel notified counsel for the Defendant of the above discharge.

6. This case is still in its infancy; therefore, the Plaintiff will not be prejudiced by discharging the undersigned counsel from this action.

7. In accordance with Rule 2.03(b), Local Rules, Middle District of Florida, the Plaintiff and opposing counsel have had ten days' notice of the undersigned counsels discharge and intention to withdraw prior to the filing of this motion.

8. In accordance with Rule 3.01(g), Local Rules, Middle District of Florida, the undersigned counsel has conferred with counsel of record for the Defendant and no objections were expressed.

WHEREFORE, Postillion Law Group, LLC respectfully request that the Court authorize Postillion Law Group, LLC to withdraw as counsel of record for the Plaintiff in this action and grant the Plaintiff a reasonable opportunity to obtain new counsel.

DATED this 3rd day March 2018.

Respectfully submitted,

**POSTILLION LAW GROUP, LLC**

/s/ Bryce C. Krampert, Esquire
**Bryce C. Krampert, Esquire**
Florida Bar No.:122508
Bryce@Postillionlaw.com
13400 Sutton Park Drive South
Suite 1603
Jacksonville, Florida 32224
Telephone: (904) 615-6621
Facsimile (888) 399-8710

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed through CM/ECF which will furnish a copy to Counsel for the Defendant, Gary Edinger, Esq., by electronic mail at gsedinger12@gmail.com this 3rd day of March 2018.

_____
Attorney