VANIA SANTEIRO,

    Plaintiff,

v.

WACKOS TOO, INC., a Florida
Profit Corporation, HOWARD MILTON,
individually, and HARVEY SHUMAN,
individually,

    Defendants.

_____/

## **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to the Federal Rules of Civil Procedure, and the Local Rules for the Middle District of Florida, USA EMPLOYMENT LAWYERS - JORDAN RICHARDS, PLLC, moves to withdraw as counsel for Plaintiff, and in support thereof states as follows:

1. Irreconcilable differences have arisen between Plaintiff and undersigned counsel regarding the manner in which this case is to be litigated.

2. As such, undersigned counsel and his firm (and all associated lawyers) are prohibited from proceeding any further with this case.

3. Plaintiff's counsel notified Defendants' counsel of the need to withdraw as Plaintiff's counsel. Defendants' counsel does not oppose the withdrawal of the undersigned or his firm as counsel of record.

4. Pursuant to Local Rule 2.03(b), Plaintiff received the ten day's required notice before the filing of this motion. Specifically, Plaintiff was advised in writing on February 5, 2019.

5. Plaintiff and the undersigned counsel are in agreement that USA EMPLOYMENT LAWYERS - JORDAN RICHARDS, PLLC should withdraw from this matter.

6. Plaintiff is aware of the pending trial date and Plaintiff has advised undersigned counsel that she has retained new counsel to represent her in this case.

WHEREFORE, Counsel for Plaintiff respectfully requests that the Court enter an Order GRANTING the Motion to Withdraw, and more specifically, providing as follows:

a) Relieving USA EMPLOYMENT LAWYERS - JORDAN RICHARDS, PLLC, and all associated lawyers including Jordan Richards, Esq., Mellissa Scott, Esq., and co-counsel Joshua H. Eggnatz, Esq. and Michael J. Pascucci, Esq. of Eggnatz | Pascucci from any further obligations with respect to this matter;

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 2.03(b) AND 3.01(g)

The undersigned certifies that Plaintiff was provided ten (10) days notice prior to the filing of this motion, that Plaintiff has advised that she has retained new counsel, and that Defendant's counsel was contacted regarding the foregoing, and Defendant does not object to the relief requested herein.

Respectfully Submitted,

**USA EMPLOYMENT LAWYERS -
JORDAN RICHARDS, PLLC**
805 E. Broward Blvd. Suite 301
Fort Lauderdale, Florida 33301
*Counsel for Plaintiff*

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372
jordan@jordanrichardspllc.com
melissa@jordanrichardspllc.com
jake@jordanrichardspllc.com
livia@jordanrichardspllc.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was filed and served on all parties listed below via CM/ECF on February 15, 2019.

> By: */s/ Jordan Richards*
> JORDAN RICHARDS, ESQUIRE
> Florida Bar No. 108372

## SERVICE LIST:

**GARY S. EDINGER, ESQUIRE**
Florida Bar No. 0606812
*GSEdinger12@gmail.com*
305 N.E. 1st Street
Gainesville, Florida 32601
Ph: (352) 338-4440
Fax: (352) 337-0696
*Counsel for Defendants*